11-10026

Gregory J. Leonard
United States District Court
C. B. King U.S. Courthouse
201 West Broad Avenue
Albany, GA 31701

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

February 1, 2011

Darlene Pino
201 W BROAD AVE
ALBANY, GA 31701-2566

Appeal Number: 11-10026-A
Case Style: USA v. J. Harris Morgan, Jr.
District Court Docket No: 1:08-cr-00006-WLS-TQL-1

TRANSCRIPT DUE: February 3, 2011 (30 days from appellant's certification)

We have not received your acknowledgment of the enclosed transcript order form and certification of completion of financial arrangements. We have assumed that the necessary financial arrangements have been made by the appellant for the preparation of the transcript, in accordance with appellant's certification, and accordingly we have fixed the date shown above for filing the transcript with the district court clerk.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Nancy Holbrook /scw
Phone #: (404) 335-6183

RPTR-1 Acknowledgment not recd

U.S. COURT OF APPEALS
RECEIVED CLERK
JAN 05 2011

# ELEVENTH CIRCUIT TRANSCRIPT INFORMATION FORM

## PART I.  TRANSCRIPT ORDER INFORMATION

*Appellant to complete and file with the District Court Clerk within 14 days of the filing of the notice of appeal in all cases, including those in which there was no hearing or for which no transcript is ordered.*

Short Case Style: **U.S.** vs **J. Harris Morgan, Jr.**
District Court No.: **1:08CR-0006**   Date Notice of Appeal Filed: **12/28/10**   Court of Appeals No.: _____ (If Available)

CHOOSE ONE: ☐ No hearing   ☐ No transcript is required for appeal purposes   ☐ All necessary transcript(s) on file
☒ I AM ORDERING A TRANSCRIPT OF THE FOLLOWING PROCEEDINGS:

*Check appropriate box(es) and provide all information requested:*

| | HEARING DATE(S) | JUDGE/MAGISTRATE | COURT REPORTER NAME(S) |
|---|---|---|---|
| ☒ Pre-Trial Proceedings | 9/22/08 (docket #77); 10/20/08 (docket #78) | W. Louis Sands | Darlene Pino |
| ☒ Trial | 9/14/08 | W. Louis Sands | Darlene Pino |
| ☒ Sentence | 12/15/10 | W. Louis Sands | Darlene Pino |
| ☐ Other | Need opening statements, closing arguments, + all hearings w/ atty's presence | | |

## METHOD OF PAYMENT:

☒ I CERTIFY THAT I HAVE CONTACTED THE COURT REPORTER(S) AND HAVE MADE SATISFACTORY ARRANGEMENTS WITH THE COURT REPORTER(S) FOR PAYING THE COST OF THE TRANSCRIPT.

☐ CRIMINAL JUSTICE ACT. Attached for submission to District Judge/Magistrate is my completed CJA Form 24 requesting authorization for government payment of transcript. [A transcript of the following proceedings will be provided ONLY IF SPECIFICALLY AUTHORIZED in Item 13 on CJA Form 24: Voir Dire; Opening and Closing Statements of Prosecution and Defense; Prosecution Rebuttal; Jury Instructions.]

FILED U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JAN 5 2011
JOHN LEY CLERK

Ordering Counsel/Party: **Steven H. Sadow**
Name of Firm: **Steven H. Sadow, P.C.**
Street Address/P.O. Box: **260 Peachtree Street, N.W. – Suite 2502**
City/State/Zip Code: **Atlanta, GA 30303**   Phone No.: **404-577-1400**

*I certify that I have completed and filed PART I with the District Court Clerk, sent a copy to the appropriate Court Reporter(s) if ordering a transcript, mailed a filed copy to the Court of Appeals Clerk, and served all parties.*

DATE: **1/4/11**   SIGNED: *Steven H. Sadow*   Attorney for: **Appellant Morgan**

## PART II.  COURT REPORTER ACKNOWLEDGMENT

*Court Reporter to complete and file with the District Court Clerk within 14 days of receipt. The Court Reporter shall send a copy to the Court of Appeals Clerk and to all parties.*

Date Transcript Order received: _____
☐ Satisfactory arrangements for paying the cost of the transcript were completed on: _____
☐ Satisfactory arrangements for paying the cost of the transcript have not been made.
No. of hearing days: _____   Estimated no. of transcript pages: _____   Estimated filing date: _____

DATE: _____   SIGNED: _____   Phone No.: _____

NOTE: The transcript is due to be filed within 30 days of the date satisfactory arrangements for paying the cost of the transcript were completed unless the Court Reporter obtains an extension of time to file the transcript.

## PART III.  NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN DISTRICT COURT

*Court Reporter to complete and file with the District Court Clerk on date of filing transcript in District Court. The Court Reporter shall send a copy to the Court of Appeals Clerk on the same date.*

This is to certify that the transcript has been completed and filed with the district court on (date): _____
Actual No. of Volumes and Hearing Dates: _____
Date: _____   Signature of Court Reporter: _____

Rev. 2/06